No. 152. Borough of Edgewood *v.* Wilkinsburg & East Pittsburgh Street Railway Company et al; and

No. 266. Borough of Edgewood *v.* Public Service Commission of the Commonwealth of Pennsylvania

ET AL. Error to the Supreme Court of the State of Penn-
sylvania. Argued March 6, 1922. Decided March 13,
1922. *Per Curiam.* Dismissed for want of jurisdiction
upon the authority of *Hunter* v. *Pittsburgh,* 207 U. S. 161,
178; *Pawhuska* v. *Pawhuska Oil Co.,* 250 U. S. 394, 397;
*Kansas City* v. *Public Service Commission of Missouri,*
250 U. S. 652; *Hillsboro* v. *Public Service Commission of
Oregon;* point (3), 255 U. S. 562; *Groesbeck* v. *Detroit
United Railway,* 257 U. S. 609; *Chicago* v. *Chicago Rail-
ways Co.,* 257 U. S. 617; *Avon* v. *Detroit United Railway,*
257 U. S. 618. · *Mr. M. W. Acheson, Jr.,* with whom *Mr.
Charles A. Jones, Mr. John D. Meyer, Mr. Roy G. Bost-
wick* and *Mr. James R. Sterrett* were on the brief, for
plaintiff in error. *Mr. Edwin W. Smith,* with whom
*Mr. John F. Weiss* and *Mr. Frank M. Hunter* were on
the briefs, for defendants in error. *Mr. H. B. Gill,* by
leave of court, filed a brief as *amicus curiae.*